No. 492. COLEMAN ET AL. *v.* MOUNTAIN MESA URANIUM CORP. C. A. 10th Cir. Certiorari denied. *Albert W. Dilling* for petitioners.

No. 497. KORTE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Hayden C. Covington* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 498. STEDMAN MANUFACTURING CO. *v.* REDMAN ET AL. C. A. 4th Cir. Certiorari denied. *John Vaughan Groner, W. Brown Morton, Jr., Welch Jordan* and *Marvin E. Frankel* for petitioner. *Dexter N. Shaw, Telford Taylor* and *Thornton H. Brooks* for respondents.

No. 500. CROWELL-COLLIER PUBLISHING CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Jay O. Kramer* for petitioner. *Solicitor General Rankin, Lee A. Jackson* and *Harry Marselli* for respondent.

No. 502. LABORDE ET AL. *v.* TEXAS & PACIFIC RAILWAY CO. C. A. 5th Cir. Certiorari denied. *Camille F. Gravel, Jr.* for petitioners. *Frank H. Peterman* for respondent.

No. 505. COHEN *v.* PUBLIC HOUSING ADMINISTRATION ET AL. C. A. 5th Cir. Certiorari denied. *Thurgood Marshall, Constance Baker Motley* and *A. T. Walden* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the Public Housing Administration, and *Shelby Myrick, Sr.* for the Housing Authority of Savannah, respondents.